**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-01762-CMA-KLM

MICHAEL LEVY,

    Plaintiff,

v.

HOME DEPOT U.S.A., INC., d/b/a THE HOME DEPOT,
d/b/a HOME DEPO CO USA,

    Defendant.

---

**ORDER OF DISMISSAL WITH PREJUDICE**

---

Pursuant to and in accordance with the parties' Joint Stipulation of Dismissal of All Claims (Doc. # 33), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED: August __27__, 2014

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Court Judge